TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
OCT 05 '22 PM 03:13

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NASOUH ALBASIS-ALBASIS,<br>RICHARD DJASSERAMBAYE, and<br>DODJIM LECLAIRE,<br><br>    Defendants. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count I: 18 U.S.C. § 2251(a) and (e),<br>Production of Child Pornography and 18<br>U.S.C. § 2, Aiding and Abetting;<br><br>Count II: 18 U.S.C. § 2252A(a)(2)(A),<br>(B) and (b)(1), Distribution of Child<br>Pornography and 18 U.S.C. § 2, Aiding<br>and Abetting. |

Case: 2:22-cr-00376
Assigned To : Campbell, Tena
Assign. Date : 10/5/2022

The Grand Jury Charges:

## COUNT I

18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

On or about September 9, 2017, in the District of Utah,

NASOUH ALBASIS-ALBASIS,
RICHARD DJASSERAMBAYE,
and DODJIM LECLAIRE,

defendants herein, did employ, use, persuade, induce, entice and coerce Minor A, to

engage in sexually explicit conduct for the purpose of producing any visual depiction of

such conduct, knowing and having reason to know that such visual depiction would be

transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce; using materials that

have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer; and the visual depiction was

transported and transmitted using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce, and attempted to do so,

and did aid and abet therein; all in violation of 18 U.S.C. § 2251(a) and (e) and 18 U.S.C.

§ 2.

### COUNT II
18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Distribution of Child Pornography)

On or about September 9, 2017, in the District of Utah and elsewhere,

NASOUH ALBASIS-ALBASIS,
RICHARD DJASSERAMBAYE,
and DODJIM LECLAIRE,

defendants herein, did knowingly distribute any child pornography, and material that

contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and

transported in and affecting interstate and foreign commerce by any means, including by

/////

/////

/////

2

computer, and attempted to do so, and did aid and abet therein; all in violation of 18

U.S.C. § 2252A(a)(2)(A), (B), and (b)(1) and 18 U.S.C. § 2.


A TRUE BILL:


_____
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
United States Attorney


_____
CAROL A. DAIN
Assistant United States Attorney


3